Adam Garson (Bar No. 240440)
adam.garson@gazpat.com
Frederic G. Ludwig, III (Bar No. 205332)
eric.ludwig@gazpat.com
**GAZDZINSKI & ASSOCIATES, PC**
16644 West Bernardo Drive, Suite 201
San Diego, CA 92127
Telephone: (858) 675-1670
Facsimile: (858) 675-1674

Attorneys for Plaintiff
WEST VIEW RESEARCH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WEST VIEW RESEARCH, LLC, a California corporation,

Plaintiff,

v.

BMW OF NORTH AMERICA, LLC, a Delaware corporation; and BMW MANUFACTURING CO., LLC, a Delaware corporation,

Defendants.

CASE NO. '16CV2590 MMAAGS

**COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

This is an action for patent infringement in which Plaintiff West View Research, LLC ("West View Research" or "Plaintiff") makes the following allegations against Defendants BMW OF NORTH AMERICA, LLC and BMW MANUFACTURING CO., LLC (collectively "BMW" or "Defendants") as follows:

## THE PARTIES

1. Plaintiff West View Research is a limited liability company organized under the laws of the State of California with a principal place of business at 16644 West Bernardo Drive, Suite 201-A, San Diego, California 92127.

2. Upon information and belief, Defendant BMW OF NORTH AMERICA, LLC is a corporation organized under the laws of Delaware, with its principal place of business at 300 Chestnut Ridge Road, Woodcliff, New Jersey 07677 and a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3. Upon information and belief, Defendant BMW MANUFACTURING CO., LLC is a corporation organized under the laws of Delaware, with its principal place of business at 1400 Highway 101 South, Greer, South Carolina 29651 and a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, including 35 U.S.C. § 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants at least because Defendants are present within or have ongoing and systematic contacts with the United States, the State of California, and the Southern District of California. Defendants have purposefully and regularly availed themselves of the privileges of conducting business in the State of California and in the Southern District of

California. Plaintiff's claims for relief arise directly from Defendants' business contacts and other activities in the State of California and in the Southern District of California. Defendants have committed acts of patent infringement in this District, and have harmed and continue to harm West View Research in this District, by, among other things, using, selling, offering for sale, and/or importing infringing products and/or services into this District.

## BACKGROUND

6. West View Research owns all right, title and interest in U.S. Patent No. 9,299,053 (the "'053 patent") and U.S. Patent No. 9,412,367 (the "'367 patent") (collectively, the "Patents-in-Suit").

7. Each of the Patents-in-Suit is valid and enforceable.

8. West View Research is in compliance with the marking requirements under 35 U.S.C. § 287 in that it has no duty to mark or to give notice in lieu thereof because it is a patent licensing entity and has no products to mark.

9. The '053 patent, entitled "Portable Computerized Wireless Apparatus," was duly and legally issued by the United States Patent and Trademark Office on March 29, 2016, after a full and fair examination. A copy of the '053 patent is attached hereto as Exhibit A.

10. The '367 patent, entitled "Computerized Information and Display Apparatus," was duly and legally issued by the United States Patent and Trademark Office on August 9, 2016, after a full and fair examination. A copy of the '367 patent is attached hereto as Exhibit B.

## LITIGATION HISTORY

11. Plaintiff initiated a separate action against Defendants on Nov. 10, 2014 alleging infringement of several patents. See Case No. 14-CV-2670 CAB WVG. That case is still pending.

12. The '053 and '367 patents of the present action were not asserted in the aforementioned case, with the '053 patent being wholly unrelated to those patents

asserted in Case No. 14-CV-2670 CAB WVG (hereinafter "Previously Asserted Patents"), and the '367 patent being a new family member of the Previously Asserted Patents". However, the claims of the '367 patent were allowed by the USPTO after consideration of, *inter alia*: (i) all prior art (and claim charts) cited by Defendants in their invalidity contentions relating to the Previously Asserted Patents; (ii) all prior art and discussion cited by Defendant Audi/VW (Case No. 14-CV-2668 CAB WVG) in its *Inter Partes Review* (IPR) petitions regarding the Previously Asserted Patents (still pending); and (iii) each of the Court's Orders (2) granting Defendant's Motions for Judgment on the Pleadings for the Previously Asserted Patents.

## DEFENDANTS' RELEVANT TECHNOLOGY

13. Upon information and belief, Defendants make, use, sell, re-sell, offer for sale, distribute, import, and/or advertise (including the provision of an interactive website) their infringing products, namely vehicles and/or services and/or software that include but are not limited to:

(1) 2013 and later (as applicable) 1-Series, 2-Series, 3-Series, 4-Series, 5-Series, 6-Series, 7-Series, Z4, M-models, X-models, and i-Series with "iDrive" with infotainment system including but not limited to those with "BMW ConnectedDrive" and/or "BMW Assist" and/or "BMW Online" (hereinafter, "BMW iDrive Products");

(2) 2013 and later (as applicable) 1-Series, 2-Series, 3-Series, 4-Series, 5-Series, 6-Series, 7-Series, Z4, M-models, X-models, and i-Series with "iDrive" with infotainment system including but not limited to those with "BMW ConnectedDrive" and/or "BMW Assist" and/or "BMW Online" used in conjunction with BMW Connected, BMW Roadside (Assistance), and BMW Remote (including i Remote) application programs ("apps") (Android Only) (hereinafter, "BMW iDrive Products with Applications");

(3) 2016 and later (as applicable) 7-Series and other vehicles with next-generation touchscreen-based iDrive navigation/infotainment system (hereinafter, "Touchscreen-based iDrive Products");

(4) 2016 and later (as applicable) 7-Series and other vehicles with next-generation touchscreen-based navigation/infotainment system and Android-based portable electronic computing device known as the BMW "Touch Command" Tablet (hereinafter, "Touchscreen and Tablet Products");

(5) 2016 and later (as applicable) 7-Series and other vehicles with BMW "Rear Seat Entertainment Professional" system (hereinafter, "Entertainment Professional Products");

(6) 2016 and later (as applicable) versions of the Android-based, portable electronic tablet computing device known as the BMW "Touch Command" Tablet (hereinafter, "Tablet Products");

(7) 2016 and later (as applicable) BMW Roadside Assistance Services (hereinafter, "Roadside Services");

(8) 2016 and later (as applicable) vehicles with BMW ConnectedDrive technology with "Smart Home" App(s) (hereinafter, "Smart Home Products"); and

(9) 2016 and later (as applicable) vehicles with BMW ConnectedDrive technology and Navigation System Professional and SA6AK Services and IFTTT ("If-this-then-that") Widget Activated (hereinafter, "IFTTT Widget-enabled Products").

14. BMW iDrive Products, BMW iDrive Products with Applications, Touchscreen-based iDrive Products, Touchscreen and Tablet Products, Tablet Products, Roadside Services, Smart Home Products, and IFTTT Widget-enabled Products may be collectively referred to herein as the "Accused Products and Services."

15. The Accused Products and Services directly infringe the Patents-in-Suit in violation of 5 U.S.C. § 271(a).

16. Upon information and belief, Defendants own, operate, and/or control various Internet websites, including without limitation the URL addresses http://www.bmw.com/ and http://www.bmwusa.com and https://labs.bmw.com/ and http://bmwiforum.bmwusa.com/ and therefore manage and/or control the contents displayed thereon.

17. Upon information and belief, through the publication and dissemination of marketing and/or promotional materials, detailed operational manuals, on-line instructional videos, links or other references to application program download portals such as e.g., "*Google Play*", and/or technical assistance, Defendants entice, encourage, instruct, enable and otherwise aid and abet third parties, including but not limited to Defendants' customers and sales or technical personnel, Defendants' agents, owners, and/or drivers of the Accused Products and Services, to use such Accused Products and Services in a manner that directly infringes the Patents-in-Suit, including the '053 patent and '367 patent.

18. Upon information and belief, Defendants, through ownership and control of the Internet websites http://www.bmw.com/, http://www.bmwusa.com, https://labs.bmw.com/, and http://bmwiforum.bmwusa.com/ (and other related websites), aid and abet the infringement of the '053 and '367 patents by past, current, and prospective customers, owners, service personnel, and/or drivers of the Accused Products and/or Services, through Defendants' publication of additional detailed operating manuals, instructional videos, and press releases concerning the "BMW Roadside Assistance", "BMW Assist", "BMW Remote", and "BMW IFTT Widget-enabled" technologies. Defendants direct the attention of such customers, owners, and/or drivers to these instructional, educational, and tutorial publications, thereby enticing, encouraging and aiding and abetting third parties to use the "BMW Roadside Assistance", "BMW Assist", "BMW Remote", and "BMW IFTT Widget-enabled" features disposed within or in conjunction with the Accused Products and Services, in a manner that directly infringes the '053 and '367 patents.

19. By way of example, Defendants publish online resources including operating instructions and explanatory videos touting BMW iDrive Navigation Products with Connected Smartphone Application, at http://www.bmw.com/com/en/owners/connected_drive_services/how_to_use/index.html (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit C).

20. By way of example, Defendants publish press releases and promotional material highlighting the BMW iDrive Navigation Products with Connected Smartphone Application at https://www.press.bmwgroup.com/usa/pressDetail.html?title=bmw-connecteddrive-broaden-of-access-and-expansion-of-services-globally-will-include-benefits-for-us&outputChannelId=9&id=T0142592EN_US&left_menu_item=node__5238 (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit D).

21. By way of example, Defendants publish online resources including descriptions touting BMW iDrive Navigation Products with Smartphone Applications (and where to obtain them online) at http://www.bmwusa.com/standard/content/innovations/bmwconnecteddrive/connecteddrive.aspx?from=/Standard/Content/Innovations/BMWConnectedDriveRD.aspx&return=/Standard/Content/Innovations/BMWConnectedDriveRD.aspx#view_apps (A true and correct copy of relevant portions are attached hereto as Exhibit E).

22. By way of example, Defendants publish online resources including operating instructions and explanatory videos touting BMW iDrive Navigation Products with Connected Smartphone Application, at http://www.bmw.com/com/en/insights/technology/connecteddrive/2013/ (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit F).

23. By way of example, Defendants publish and distribute user manuals for BMW's iDrive Navigation Products with Connected Smartphone Application, which contains detailed instructions for the use and operation of such systems. (A true and correct copy of the manual is attached hereto as Exhibit G).

24. By way of example, Defendants publish and distribute user manuals for BMW's ConnectedDrive, which contains detailed instructions for the use and operation of such systems, including accessing the Internet. (A true and correct copy of the manual is attached hereto as Exhibit H).

25. By way of example, Defendants publish a press release touting 2016 BMW 7-Series with Touchscreen-based iDrive Products, Touchscreen and Tablet Products, and Tablet Products, at https://www.press.bmwgroup.com/global/pressDetail.html?title=the-new-bmw-7-series&outputChannelId=6&id=T0221224EN&left_menu_item=node__4099 (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit I).

26. By way of example, Defendants publish online resources including sign-up and operating instructions touting BMW Roadside Assistance Services and associated smartphone application (BMW iDrive Products with Applications), at http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/default.aspx?from=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx&return=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit J).

27. By way of example, Defendants publish or cause to be published

online resources including sign-up and operating instructions (including entry of BMW vehicle VIN) touting BMW Roadside Assistance smartphone app (BMW iDrive Products with Applications), at http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/SmartphoneApp.aspx, and a download portal, https://www.roadsidemobile.com/BMW/ (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibits K and L, respectively):






"**App Description**

Have a flat tire? Run out of gas? Need a tow? BMW Roadside Assistance offers outstanding travel protection 24 hours a day, 365 days a year. <u>You, as well as other drivers of your BMW, are covered in all 50 states, including Canada and Puerto Rico</u>.

The BMW Roadside Assistance app has been carefully designed to make requesting assistance faster, more accurate and convenient; a premium ownership experience, when you need it.

**Included Features**

- Request assistance for a mechanical issue, dead battery, flat tire, out of fuel, lock out, and more
- Select a preferred dealer to contact for appointments and as a default service destination
- Use GPS, maps and satellite to pinpoint the vehicle location
- Follow a dialogue assisting you in diagnosing the problem and requesting appropriate service
- Retrieve confirmation service is on the way and the estimated time of arrival
- <u>Your BMW's Vehicle Identification Number (VIN) confirms eligibility for Roadside Assistance, as covered by BMW</u>*

*Subject to certain limitations and exclusions. See your Owner's Manual for details." {emphasis added}

28. By way of example, Defendants conducted a marketing presentation and lecture(s), as well as actual product demonstrations, at the Computer Electronics Show (CES) 2016 in January, 2016, as evidenced by the following Internet article published by Samsung Corporation (a partner with BMW in vehicle/"smart home" integration via its "SmartThings" division) at http://news.samsung.com/us/2016/01/07/samsung-shows-internet-things-now-sync-real-life/, and as referenced by BMW personnel on its website at http://bmwiforum.bmwusa.com/thread/603/probes-levels-life-machine-interfacing (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibits M and N, respectively):




"BMW'S Steven Althaus presents a first at CES 2016: a customer-ready solution of Smart Things integration available today – Smart Car meets Smart Home, Thursday, Jan. 7, 2016, in Las Vegas. Your BMW is now a personal IoT cockpit allowing you to control your Samsung ecosystem from your car. (Isaac Brekken/AP Images for Samsung)"{emphasis added}




…

"Again, <u>the whole point is to integrate future BMWs with future smart homes</u> and users' mobile devices in such a way that various common actions become automated, and even those automated sequences trigger other sequences. BMW offers the additional example of a user firing up their coffee maker in the morning, which in turn alerts their i3 that departure is imminent and to pre-conditions their i3's climate-control system to a comfortable temperature.) Is this level of inter-connectivity near? We doubt it, <u>but **BMW nonetheless points out** that Samsung's Android-based SmartThings app also debuting at CES can be integrated with any BMW model equipped with ConnectedDrive Services infotainment feature</u>." {emphasis added}

29. By way of example, Defendants publish a press release at https://www.press.bmwgroup.com/global/photo/detail/P90195182/bmw-connecteddrive-smartthings-09-2015 touting BMW i3 vehicles with the Samsung

*SmartThings* application installed, and showing an actual working version (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibit O):




BMW Press Release photo showing the Samsung SmartThings app installed and operating on a BMW ConnectedDrive-equipped navigation system




30. By way of example, Defendants publish a marketing video (accessible at http://www.bmwblog.com/2016/06/30/video-bmw-i-smarthome-experience/; note that this site is not an authorized site of Defendants, but does show a video ostensibly created and published by Defendants) touting BMW i3 vehicles with the

Samsung SmartThings application installed, and showing an actual working version (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibit P):







31. By way of example, Defendants publish an Internet web page (at

http://www.bmw.com/com/en/newvehicles/i/i3/2016/showroom/connected_mobility.html#smart_home) touting BMW i3 vehicles with Smart Home applications and their features ("Smart Home Products"), including home control (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibit Q):



"Manage your home even when you're out on the road – with the Smart Home App from Deutsche Telekom. All Smart Home devices connected to the app can now be controlled via the display and operating system of your BMW. Regulate the heating, the lights or your alarm system comfortably from inside your vehicle. It's also possible to programme certain situation, such as the "Coming Home" scenario. Thanks to the functions that were specially developed for use in the vehicle, the "Home" profile is activated automatically as soon as you start heading back home." {emphasis added}

32. By way of example, Defendants publish an Internet web page (accessible at https://labs.bmw.com/) touting BMW IFTTT applications and their features (BMW IFTTT Widget-enabled Products), including home control (A true and correct copy of relevant portions of these webpages are attached hereto as Exhibit R):




33. By way of example, Defendants provide explicit instructions to BMW users, owners, drivers, and/or agents (accessible at https://labs.bmw.com/data/en_Instructions.pdf) on how to enable and use the BMW IFTTT Widget-enabled Products in a vehicle for IFTTT applications including home control (A true and correct copy of relevant portions of these webpages are attached hereto as Exhibit S):




**Step 1: Activate BMW Labs Channel on IFTTT.**

1




Before clicking on „Connect" check on the BMW Labs Website if your country is included and your car fullfills the technical requirements.

2




Choose your country of residence. Australia, France, Germany, Spain and the UK are included in „Other Countries".

3




...

Log in with your BMW ConnectedDrive account. Not sure about what account to use? Find help in the BMW Labs FAQ.

**Step 2: Activate BMW Labs Widget in split screen of your car's control display.**

The BMW Labs FAQ also provides help.




iDrive controller: move right from fullscreen menu.




iDrive controller: click on Split screen -> move right




iDrive controller: click on Split screen content or press down knob




iDrive controller: click on OK.




iDrive controller: select BMW Online widgets and click on it.




iDrive controller: select BMW Labs Widget and click on it.




Split screen: circle symbolizes connection set-up to BMW.




Split screen: checking if IFTTT is activated for this car.




Split screen: BMW Labs Widget is up and running.

https://labs.bmw.com/data/en_Instructions.pdf




"No, <u>there is no BMW App needed. All you need to do is to connect the BMW Labs Channel on IFTTT and select the BMW Labs Widget under BMW Online widgets in the split screen content menu of your car's control display.</u> <u>Find instructions here</u>. For general instructions on how to turn on the split screen in your car's control display you can also go to youtube and search for 'BMW Split Screen'. Only when the BMW Labs Widget is active in the car's split screen IFTTT Triggers and Actions will be executed."




BMW Labs website links directly to "BMW Labs channel" on IFTTT website

“BMW Labs channel” on IFTTT website explicitly lists home automation and environmental functions (e.g., lighting control, garage door, etc.) as “popular” and enables users to merely click to add the functionality to their vehicle.

“Widget” is explicitly authored and/or provided by BMW Labs.




https://ifttt.com/bmwlabs

34. Upon information and belief, as a result of Defendants’ active, knowing, intentional, and ongoing efforts that induce infringement of the Patents-in-Suit, including the ’053 patent and ’367 patent, as described herein, substantially all of Defendants’ customers and sales or technical personnel, owners, and/or drivers of the Accused Products and Services use and operate the Accused Products and Services in a manner that directly infringes one or more of the Patents-in-Suit, including the ’053 patent and ’367 patent.

35. Through publication and dissemination of the foregoing materials, as well as others, Defendants actively encourage, solicit, enable, and teach past, current, and prospective customers, owners, and/or drivers of the Accused Products and Services to avail themselves of the features and benefits of at least the Roadside

Assistance Services, Remote Services, "Smart Home", and "IFTTT Widget-enabled" technologies, as a means to enhance the experience of owning and operating an "BMW"-branded vehicle.

**COUNT I**

**INFRINGEMENT OF THE '053 PATENT**

36. West View Research incorporates paragraphs 1 through 35 by reference as if fully stated herein.

37. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 1, 2, 3, 7, 8, 10, 12, 13, 14, 15, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 51, 59, 60, 61, 66, 67, 68, 69, 70, 73, 75,75, 115, 116, 117, 118, 119, 120, 122, 123, 124, 125, 126, 127, 128, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 172, 173, 174, 175, 176, and 180 of the '053 patent.

38. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products and/or services that infringe at least claims 60, 61, 66, 67, 68, 69, 70, 73, 75,75, 115, 116, 117, 118, 119, 120, 122, 123, 124, 125, 126, 127, 128, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 172, 173, 174, 175, 176, and 180 of the '053 patent, which products and/or services include but may not be not limited to BMW iDrive Products, BMW ConnectedDrive, BMW Assist, and BMW Roadside Assistance Products and Services, Touchscreen Products, Touchscreen and Tablet Products, Entertainment Professional Products, Tablet Products, and/or other Accused Products or Services sold or offered for sale on or after March 29, 2016.

39. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 98, 99, 100, 101, 102, 103, 104, 105, 106, 111, 112, 113, 181,

182, 183, 184, 185, 186, 187, 188, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, and 204 of the ’053 patent.

40. By way of example, Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, claim 23 of the ’053 patent as follows.

41. The Accused Products and Services include the BMW Roadside Assistance Application, which is promoted on BMW websites as detailed *supra*.




42. Upon information and belief and by way of example, the BMW Roadside Assistance Application is available for download on, *inter alia*, *Google* Android-based smartphones, as shown in the image above, and *[r]equires Android 2.2 and up*” per the *Google Play* Website: (https://play.google.com/store/apps/details?id=com.allstate.bmw&hl=en)

43. Upon information and belief and by way of example, the BMW Roadside Assistance Application requires the smartphone to have: (i) a computer readable storage apparatus, such as a program memory device, on which to store the Application (computer program code); and (ii) a processor to execute the computer program code after storage:




44. Upon information and belief and by way of example, the BMW Roadside Assistance Application further utilizes the smartphone's Global Positioning System (GPS)-based receiver for the GPS-based functions described below (i.e., generation of location data):

> "*When there is a problem or an emergency, <u>BMW Roadside Assistance dispatches fast and reliable service all with the touch of a button. Your phone's GPS capabilities will be able to pass on your exact location</u>. And from there, you'll be able to select the service you need, including towing, battery, tire, fuel, lock out and more.*" {emphasis added}
> http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/SmartphoneApp.aspx

45. Upon information and belief and by way of example, the BMW Roadside Assistance Application when executed generates several user interface screens with which the user can interact with the Application:




46. Upon information and belief and by way of example, the BMW Roadside Assistance Application further requires the smartphone to have a display device to display the user interface:




47. Upon information and belief and by way of example, the BMW Roadside Assistance Application further requires the smartphone to have a cellular,

Wi-Fi or other wireless interface so that the Application can contact BMW or its designated proxy (agent):

"Version 3.2.0 can access:

Identity

- find accounts on the device

Contacts

- find accounts on the device

Location

- approximate location (network-based)
- precise location (GPS and network-based)

…

Wi-Fi connection information

- view Wi-Fi connections

Device ID & call information

- read phone status and identity

Other

- receive data from Internet
- view network connections
- connect and disconnect from Wi-Fi
- full network access
- use accounts on the device

…" https://play.google.com/store/apps/details?id=com.allstate.bmw&hl=en {emphasis added}

48. Upon information and belief and by way of example, the BMW Roadside Assistance Application contacts BMW or its designated service provider to cause provision of roadside assistance (e.g., tow, fuel delivery, flat tire repair,

etc.) at the then-current location of the smartphone:




49. Upon information and belief and by way of example, the BMW Roadside Assistance Application is presently available and can be used in the United States:

"The BMW Roadside Assistance app has been carefully designed to make requesting assistance faster, more accurate and convenient; a premium ownership experience, when you need it.

Functions:

• <u>Request assistance</u> for a mechanical issue, dead battery, flat tire, out of fuel, lock out, and more
• Select a preferred dealer to contact for appointments and as a default service destination
• <u>Use GPS, maps and satellite to pinpoint the vehicle location</u>
• Follow a dialogue assisting you in diagnosing the problem and requesting appropriate service
• <u>Retrieve confirmation service is on the way and the estimated time of arrival</u>
• Your BMW's Vehicle Identification Number (VIN) confirms eligibility for Roadside Assistance, as covered by BMW*

…<u>Only available for North American Vehicles</u>."

https://www.roadsidemobile.com/BMW/ {emphasis added}

50. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by at least developing, testing, maintaining, demonstrating, and/or using in the United States, without authority, products and/or services that infringe at least claims 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 98, 99, 100, 101, 102, 103, 104, 105, 106, 111, 112, 113, 181, 182, 183, 184, 185, 186, 187, 188, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, and 204 of the ’053 patent, which products and/or services include but may not be not limited to BMW Connected, BMW Remote, and BMW Roadside Assistance Products and Services, and/or other Accused Products or Services sold or offered for sale on or after March 29, 2016.

51. Upon information and belief, based on the information presently available to West View Research absent discovery, in addition to and/or in the alternative to direct infringement, West View Research alleges Defendants have, since receiving notice of the filing and/or service of this Complaint, induced infringement and continue to induce infringement of at least claims 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 98, 99, 100, 101, 102, 103, 104, 105, 106, 111, 112, 113, 181, 182, 183, 184, 185, 186, 187, 188, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, and 204 of the ’053 patent under 35 U.S.C. § 271(b).

52. Upon information and belief, Defendants continue, since receiving notice of the filing of the this Complaint, actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the ’053 patent by making, using, selling, offering for sale, importing, and/or otherwise supplying products and/or services including the Accused Products and Services to third parties, with the knowledge and specific intent that such third

parties will use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including without limitation the Roadside Assistance, iDrive with Applications Products, and Touchscreen and Tablet Products of the Accused Products and Services to directly infringe the ’053 patent.

53. Upon information and belief, despite Defendants’ knowledge of the existence of the ’053 patent since at least as early as the filing of this Complaint, Defendants continue to encourage, instruct, enable and otherwise aid and abet third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers of the Accused Products and Services to use the Accused Products and Services in a manner that directly infringes the ’053 patent.

54. Upon information and belief, Defendants specifically intends that their customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers use the Accused Products and Services in such a way that directly infringes the ’053 patent by, at a minimum, advertising, enticing, encouraging, instructing, and aiding and abetting their customers, agents, owners, and/or drivers, through the publication and dissemination of marketing materials, detailed operational manuals, on-line instructional videos, links to vendors or Internet sites where computer software can be obtained, and/or technical assistance related to the Accused Products and Services, to use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including the Accused Products and Services, to directly infringe the ’053 patent.

55. Upon information and belief, Defendants knew and know that their actions, including but not limited to providing detailed operating manuals, press releases, instructional on-line videos, and other literature, in relation to the Accused Products and Services, would induce, have induced, and continues to induce direct infringement of the ’053 patent by third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners,

and/or drivers.

56. Specifically, upon information and belief and by way of example, Defendants exercise direction and control over the performance and conduct of the BMW Mobile Assistance/Roadside Assistance programs, as is provided in agreements with service providers such as Allstate, Signature Auto Club, and individual BMW dealers (as well as non-BMW service providers). Per its Roadside Assistance brochure (accessible at http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/default.aspx?from=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx&return=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx), Defendants indicate that: (i) BMW factory-trained technicians are used to provide such services, and (ii) BMW vehicles are used to provide such services:

> "The BMW Mobile Assistance Program is an invaluable service offered to enhance the Roadside Assistance program. It is another way for us to show you how much we cherish your business and your safety. With "BMW Mobile Assistance, BMW factory-trained technicians and roadside-equipped BMW vehicles are standing by to provide on-site assistance for flat tires, a dead battery, running out of gas and other services. For complete details, please contact your BMW center." {emphasis added}




57. Moreover, upon information and belief and by way of example,

Defendants explicitly refer to their third-party service providers as “business partners”:




58. Upon information and belief and by way of example, Defendants further explicitly control the branding (“BMW”) and “look and feel” of their Roadside Assistance partners’ website(s):




https://www.autoclub.com/bmwpw/home.do

59. Upon information and belief and by way of example, Defendants

further explicitly have customers call "BMW Roadside Assistance directly" (as opposed to calling a third party):

> "To receive covered assistance in the event of a breakdown, contact BMW Roadside Assistance directly at its toll-free number: 800-332-4BMW (800-332-4269)." {emphasis added}

60. Upon information and belief and by way of example, Only certain BMW-authorized repair facilities may be used for certain vehicles:




> "Only BMW SAV centers are authorized to repair the X5 and X3 Sports Activity Vehicles." {emphasis added}

61. Upon information and belief and by way of example, Defendants further explicitly control the contents of its Roadside Assistance brochure (as opposed to a third party):

> "All rights reserved. Printed in USA. This brochure, or any portion thereof, may not be reproduced without the express written permission of BMW of North America, LLC." {emphasis added}

62. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

63. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

64. West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

## COUNT II

## INFRINGEMENT OF THE '367 PATENT

65. West View Research incorporates paragraphs 1 through 64 by reference as if fully stated herein.

66. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 10, 11, 12, 15, 16, 17, 18, 77, 79, 88, 96, 97, 98, and 99 of the '367 patent.

67. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 10, 11, 12, 15, 16, 17, 18, 77, 79, 88, 96, 97, 98, and 99 of the '367 patent, which products include but may not be not limited to BMW iDrive Products, BMW ConnectedDrive Products, BMW iDrive with Applications Products, Touchscreen-based iDrive

Products, Touchscreen and Tablet Products, Rear Seat Entertainment Products, and/or other of the Accused Products and Services sold on or after August 9, 2016.

68. By way of example, Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, claim 10 of the ’367 patent as follows.

69. The Accused Products and Services include the 2016 BMW 7-Series, which is promoted on the BMW USA website as shown below at http://www.bmwusa.com/vehicles/7series.html:




70. Upon information and belief and by way of example, the 2016 BMW 7-Series includes a BMW iDrive Navigation and Infotainment system with ConnectedDrive functionality, which is a computerized information and display and control subsystem of the vehicle:

> **“ALL CONTROL AT ALL TIMES.**
> State-of-the-art features in the 7 Series give you the opportunity to orchestrate them in the most advanced ways. <u>Whether navigating</u>

the iDrive 5.0 system with the first-ever Gesture Control system, toggling entertainment functions with simple touches of your finger on the exclusive Touch Command tablet, Remote Control Parking the 7 Series with the Display Key, or preconditioning the cabin in the iPerformance model – every time you step foot in the 7 Series you'll find yourself at the center of command within the center of your own luxurious universe." http://www.bmwusa.com/vehicles/7series.html {emphasis added}

71. Upon information and belief and by way of example, the 2016 BMW 7-Series includes an LTE-based wireless network interface, as well as an LTE-supported Wi-Fi "hotspot":

**BMW Car Hotspot LTE**



With the BMW Car Hotspot your passengers can also surf the Internet with their smartphones, tablets or laptops at any time during the journey. Installation of the hotspot is quick and easy thanks to the snap-in adapter in the central armrest. Up to eight devices can receive high-speed Internet at the same time with the new LTE (long-term evolution) wireless communication standard. Wi-Fi in your BMW permits faster data transfer, improved reception, reduced electromagnetic radiation and extended battery life. It can also be used outside of the vehicle for up to 30 minutes.

**Requirements/availability**

Requirements:

- own LTE-capable SIM card necessary
- an 8-digit PIN has to be entered when first establishing a connection with the Hotspot. For devices with NFC (Near Field Communication) technology, simply move the device a short distance above the LTE lettering, and coupling takes place automatically
- The BMW Car Hotspot LTE is not available in all countries

http://www.bmw.com/com/en/insights/technology/connecteddrive/2013/connectivity_technologies/index.html#hotspot

72. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes one or more digital processors that communicate with the LTE cellular interface (e.g., "ARM core" digital processor technology):

https://www.youtube.com/watch?v=tB2UrX2z0r8

"Published on Feb 2, 2015

BMW iDrive infotainment ARM-based solution adds touchscreen capability to the LCD and a camera to recognize control gestures from the driver." {emphasis added}




ARM core-equipped BMW 7-Series iDrive 5.0 system demonstrated at CES 2015



73. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive system includes several display devices, including capacitive touch screen devices that both display and receive user touch input:







74. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes several types of data interfaces that enable transfer

of data between the iDrive system and a portable electronic device (such as the user's smartphone, table, or Touch Command tablet):







BMW 7-Series iDrive 5.0 system with Bluetooth, USB, and Wi-Fi (including Touch Command) interfaces to portable devices

**Q:** How do I use the Touch Command Tablet with the Internet Hotspot?
**A:** When using the Internet Hotspot via the Touch Command Tablet, please ensure that Touch Command Tablet is enabled to do so by following these steps: My Vehicle --> System Settings --> Mobile Devices --> Select Touch Command Tablet (SM - Txxxxx_xxxx). --> Make sure both options, Touch Command and Internet Hotspot, are selected.




These steps are done in addition to connecting the Touch Command Tablet to the Internet Hotspot via the tablet's settings as well: Select Apps --> Exit to Homescreen --> Select Settings --> Connections --> Wi-Fi --> Select corresponding vehicle hotspot (MY BMW Hotspot xxxxx - these numbers correspond to the last 5 digits of the VIN) --> Enter Password.

http://www.bmwbill.com/files/G12_FAQs.pdf

75. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes several storage devices (e.g., program memory) to store the iDrive computer programs and algorithms that enable the various functions of the system, including speech recognition:




https://www.youtube.com/watch?v=MXagOSVg5oo

76. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system speech recognition functions enable e.g., Internet access of remote servers for maps, navigation data, etc. :

https://www.youtube.com/watch?v=MXagOSVg5oo



77. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system speech recognition can also utilize a remote (off-board) server for its speech processing:







78. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system accesses the servers for the desired information, and is able to provide the accessed information to the aforementioned portable user devices

(e.g., the user's smartphone for use with BMW Connected app, Touch Command tablet, etc.) via the USB, Bluetooth, and/or in-car Wi-Fi interfaces:




79. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system engages the user in an interactive dialogue comprising a user speech input (e.g., "find me the nearest Starbucks" in video example above), and one or more replies by iDrive system speech synthesis function (e.g., "Starbucks Coffee…" in video example), and subsequent user inputs (e.g., "Start guidance" in example video).

https://www.youtube.com/watch?v=FBunUitucOs






80. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes an infra-red night vision apparatus which can detect humans, animals, etc. in the road ahead of the vehicle, and generate various types of alerts on the iDrive display(s):

> "**BMW Night Vision**.
>
> …The system directs one of the two spotlights onto any unlit persons or larger animals. This very effectively warns drivers and pedestrians of a potentially hazardous situation. <u>An infrared camera films the area in front of the vehicle</u>, recognises any persons and larger animals and marks them accordingly in the thermal image in either a lighter (pedestrians) or darker shade of yellow (larger animals). <u>The thermal image can also be displayed in the Control Display if desired.</u>
>
> BMW Night Vision recognises people and larger animals and determines their position and proximity. It takes the speed and steering angle into consideration to establish whether or not something poses a problem and, <u>if there is one, shows a warning</u>

symbol in the shape of a person or an animal in the instrument display or in the optional BMW Head-Up Display.

In extremely dangerous situations, the symbol additionally flashes, a warning signal is sounded and the car prepares to brake." http://www.bmw.com/com/en/insights/technology/technology_guide/articles/mm_bmw_night_vision.html {emphasis added}




81. Upon information and belief and by way of example, the infra-red night vision apparatus (and all other features described herein) are available on 2016 BMW 7-Series cars sold in the U.S.:

82. Upon information and belief and by way of example, the 2016 BMW 7-Series includes an RF-based "smart" key which the user carries and that communicates with the iDrive 5.0 system:



http://www.bmwusa.com/vehicles/7series.html

83. Upon information and belief and by way of example, the RF-based "smart" key can, *inter alia*, enable user-specific profiles and functions within the vehicle, such as e.g., navigation functions:









*"Navigation and route criteria can be individually configured for each driver. The settings are stored for the driver profile currently being used."*

84. Upon information and belief, based on the information presently available to West View Research absent discovery, in addition to and/or in the alternative to direct infringement, West View Research alleges Defendants have, since receiving notice of the filing and/or service of this Complaint, induced

infringement and continue to induce infringement of at least claims 83, 84, 85, 86 and 87 of the ’367 patent under 35 U.S.C. § 271(b).

85. Upon information and belief, Defendants continue, since receiving notice of the filing of the this Complaint, actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the ’367 patent by making, using, selling, offering for sale, importing, and/or otherwise supplying products and/or services including the Accused Products and Services to third parties, with the knowledge and specific intent that such third parties will use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including at least the BMW iDrive Products with Applications, Smart Home Products, and IFTTT Widget-enabled Products of the Accused Products and Services to directly infringe the ’367 patent.

86. Upon information and belief, despite Defendants’ knowledge of the existence of the ’367 patent since at least as early as the filing of this Complaint, Defendants continue to encourage, instruct, enable and otherwise aid and abet third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers of the Accused Products and Services to use the Accused Products and Services in a manner that directly infringes the ’367 patent.

87. Upon information and belief, Defendants specifically intended that their customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers use the Accused Products and Services in such a way that directly infringes the ’367 patent by, at a minimum, advertising, enticing, encouraging, instructing, and aiding and abetting their customers, agents, owners, and/or drivers, through the publication and dissemination of marketing materials, detailed operational manuals, on-line instructional videos, and/or technical assistance related to the Accused Products and Services, to use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including the Accused Products and Services, to

directly infringe the ’367 patent.

88. Upon information and belief, Defendants knew and know that their actions, including but not limited to providing detailed operating manuals, press releases, instructional on-line videos, and other literature, in relation to the Accused Products, would induce, have induced, and continues to induce direct infringement of the ’367 patent by third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers.

89. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants’ actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

90. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

91. West View Research has incurred and will incur attorneys’ fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

## PRAYER FOR RELIEF

West View Research respectfully requests that judgment be entered in its favor and against Defendants, and that the Court award the following relief to West View Research:

A. A judgment in favor of West View Research that Defendants have infringed, directly and/or indirectly, the Patents-in-Suit;

B. A permanent injunction against Defendants, its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents,

and all others acting in active concert therewith from infringement of the Patents-in-Suit, or such other equitable relief the Court determines is warranted;

C. A judgment and order that Defendants account for and pay all damages necessary to adequately compensate West View Research for infringement of the Patents-in-Suit, but in no event less than a reasonable royalty;

D. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding West View Research its reasonable attorneys' fees against Defendants;

E. A judgment and order requiring Defendants to provide an accounting and to pay supplemental damages to West View Research, including without limitation, pre-judgment and post-judgment interest; and

F. Any and all other relief to which West View Research may be entitled.

**JURY DEMAND**

West View Research hereby respectfully demands trial by jury of all issues so triable.

Dated: October 17, 2016 Respectfully submitted,

GAZDZINSKI & ASSOCIATES, P.C.

/s/ *Adam Garson*
ADAM GARSON
FREDERIC G. LUDWIG, III

Attorneys for Plaintiff WEST VIEW RESEARCH, LLC