Licia E. Vaughn (CA Bar No. 185819)
licia.vaughn@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Joseph P. Lavelle (D.C. Bar No. 367011)
joe.lavelle@dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000

Brian A. Biggs
(*pro hac vice* application to be filed)
DLA PIPER LLP (US)
1201 North Market Street
Suite 2100
Wilmington, DE 19801-1147

Attorneys for Defendants
BMW of North America, LLC and BMW Manufacturing Co., LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST VIEW RESEARCH, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware corporation; and BMW MANUFACTURING CO., LLC, a Delaware corporation,<br><br>Defendants. | CASE NO. 16-cv-2590-JLS-AGS<br><br>**DEFENDANT BMW OF NORTH AMERICA, LLC'S ANSWER, DEFENSES & COUNTERCLAIM TO THE COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Janis L. Sammartino |

Defendant BMW of North America, LLC ("BMWNA") hereby answers the numbered paragraphs of the Complaint of West View Research, LLC ("Plaintiff") as follows:

## THE PARTIES[1]

1. Plaintiff West View Research is a limited liability company organized under the laws of the State of California with a principal place of business at 16644 West Bernardo Drive, Suite 201-A, San Diego, California 92127.

**Answer to Paragraph 1:** **BMWNA is without sufficient information to either admit or deny the allegations of this paragraph, and on that basis, denies them.**

2. Upon information and belief, Defendant BMW OF NORTH AMERICA, LLC is a corporation organized under the laws of Delaware, with its principal place of business at 300 Chestnut Ridge Road, Woodcliff, New Jersey 07677 and a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

**Answer to Paragraph 2:** **BMWNA admits that it is a limited liability company organized and existing under the laws of the State of Delaware with a place of business located at 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677. BMWNA admits that it has a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. BMWNA denies the remaining allegations of this paragraph.**

3. Upon information and belief, Defendant BMW MANUFACTURING CO., LLC is a corporation organized under the laws of Delaware, with its principal place of business at 1400 Highway 101 South, Greer, South Carolina 29651 and a

[1] BMW's Replication of the headings in the Complaint are merely for convenience and are not to be considered an admission of their accuracy. Accordingly, BMWNA denies them on this basis.

registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

**Answer to Paragraph 3:** **BMWNA admits that BMW Manufacturing Co., LLC ("BMWMC") is a limited liability company organized and existing under the laws of the State of Delaware with a place of business located at 1400 Highway 101 South, Greer, South Carolina 29651. BMWNA admits that BMWMC has a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. BMWNA denies the remaining allegations of this paragraph.**

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §1, *et seq*., including 35 U.S.C. § 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**Answer to Paragraph 4:** **BMWNA admits the Plaintiff purports to state a civil claim for patent infringement under 35 U.S.C. § 1, *et seq*., including 35 U.S.C. § 271. BMWNA admits that the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). BMWNA denies the remaining allegations of this paragraph.**

5. This Court has personal jurisdiction over Defendants at least because Defendants are present within of have ongoing and systematic contacts with the United States, the State of California, and the Southern District of California. Defendants have purposefully and regularly availed themselves of the privileges of conducting business in the State of California and in the Southern District of California. Plaintiff's causes of action arise directly from Defendants' business contacts and other activities in the State of California and in the Southern District of California. Defendants have committed acts of patent infringement in this District, and have harmed and continue to harm West View Research in this District, by,

among other things, using, selling, offering for sale, and/or importing infringing products and/or services into this District.

**Answer to Paragraph 5:** **BMWNA admits that this Court has personal jurisdiction over BMWNA. BMWNA denies the remaining allegations of this paragraph.**

## BACKGROUND

6. West View Research owns all right, title and interest in U.S. Patent No. 9,299,053 (the "'053 patent"), and U.S. Patent No. 9,412,367 (the "'367 Patent") (collectively, the "Patents-in-Suit").

**Answer to Paragraph 6:** **BMWNA is without sufficient information to either admit or deny the allegations of this paragraph, and on that basis, denies them.**

7. Each of the Patent-in-Suit are valid and enforceable.

**Answer to Paragraph 7:** **BMWNA denies the allegations of this paragraph.**

8. West View Research is in compliance with the marking requirements under 35 U.S.C. § 287 in that it has no duty to mark or to give notice in lieu thereof because it is a patent licensing entity and has no products to mark.

**Answer to Paragraph 8:** **This paragraph does not state a factual allegation to which a response is required. To the extent a response is required, BMWNA is without sufficient information to either admit or deny the allegations of this paragraph, and on that basis, denies them.**

9. The '053 patent, entitled "Portable Computerized Wireless Apparatus," was duly and legally issued by the United States Patent and Trademark Office on March 29, 2016, after a full and fair examination. A copy of the '053 patent is attached hereto as Exhibit A.

**Answer to Paragraph 9:** **BMWNA admits that the `053 patent, entitled "Portable Computerized Wireless Apparatus," was issued by the**

**United States Patent and Trademark Office on March 29, 2016, and that a copy of the `053 patent was attached to the Complaint as Exhibit A. BMWNA denies the remaining allegations of this paragraph.**

10. The '367 patent, entitled "Computerized Information and Display Apparatus," was duly and legally issued by the United States Patent and Trademark Office on August 6, 2016, after a full and fair examination. A copy of the '367 patent is attached hereto as Exhibit B.

**Answer to Paragraph 10:** **BMWNA admits that the `367 patent, entitled "Computerized Information and Display Apparatus," was issued by the United States Patent and Trademark Office on August 6, 2016, and a copy of the `367 patent was attached to the Complaint as Exhibit B. BMWNA denies the remaining allegations of this paragraph.**

**LITIGATION HISTORY**

11. Plaintiff initiated a separate action against Defendants on Nov. 10, 2014, alleging infringement of several patents. See Case No. 14-CV-2670 CAB WVG. That case is still pending.

**Answer to Paragraph 11:** **Admitted, provided, however, that all of the defendants in 14-cv-2640 are not named as defendants in this case.**

12. The '053 and '367 patents of the present action were not asserted in the aforementioned case, with the '053 patent being wholly unrelated to those patents asserted in Case No. 14-CV-2670 CAB WVG (hereinafter "Previously Asserted Patents"), and the '367 patent being a new family member of the Previously Asserted Patents". However, the claims of the '367 patent were allowed by the USPTO after consideration of, *inter alia*: (i) all prior art (and claim charts) cited by Defendants in their invalidity contentions relating to the Previously Asserted Patents; (ii) all prior art and discussion cited by Defendant Audi/VW (Case No. 14-CV-2668 CAB WVG) in its *Inter Partes Review* (IPR) petitions regarding the Previously Asserted Patents (still pending); and (iii) each of the

Court's Orders (2) granting Defendant's Motions for Judgment on the Pleadings for the Previously Asserted Patents.

**<u>Answer to Paragraph 12:</u> BMWNA admits the `053 and `367 patents were not asserted in Case No. 14-CV-2670-CAB-WVG. BMWNA denies the remaining allegations of this paragraph, in part based on lack of information.**

**DEFENDANTS' RELEVANT TECHNOLOGY**

13. Upon information and belief, Defendants make, use, sell, re-sell, offer for sale, distribute, import, and/or advertise (including the provision of an interactive website) their infringing products, namely vehicles and/or services and/or software that include but are not limited to:

(1) 2013 and later (as applicable) 1-Series, 2-Series, 3-Series, 4-Series, 5-Series, 6-Series, 7-Series, Z4, M-models, X-models, and i-Series with "iDrive" with infotainment system including but not limited to those with "BMWConnectedDrive" and/or "BMW Assist" and/or "BMW Online" (hereinafter,"BMW iDrive Products");

(2) 2013 and later (as applicable) 1-Series, 2-Series, 3-Series, 4-Series, 5-Series, 6-Series, 7-Series, Z4, M-models, X-models, and i-Series with "iDrive" with infotainment system including but not limited to those with "BMW ConnectedDrive" and/or "BMW Assist" and/or "BMW Online" used in conjunction with BMW Connected, BMW Roadside (Assistance), and BMW Remote (including i Remote) application programs ("apps") (Android Only) (hereinafter, "BMW iDrive Products with Applications");

(3) 2016 and later (as applicable) 7-Series and other vehicles with nextgeneration touchscreen-based iDrive navigation/infotainment system (hereinafter, Touchscreen-based iDrive Products");

(4) 2016 and later (as applicable) 7-Series and other vehicles with nextgeneration touchscreen-based navigation/infotainment system and

Android-base portable electronic computing device known as the BMW "Touch Command" Tablet (hereinafter, "Touchscreen and Tablet Products");

(5) 2016 and later (as applicable) 7-Series and other vehicles with BMW "Rear Seat Entertainment Professional" system (hereinafter, "Entertainment Professional Products");

(6) 2016 and later (as applicable) versions of the Android-based, portable electronic tablet computing device known as the BMW "Touch Command" Tablet (hereinafter, "Tablet Products");

(7) 2016 and later (as applicable) BMW Roadside Assistance Services (hereinafter, "Roadside Services");

(8) 2016 and later (as applicable) vehicles with BMW ConnectedDrive technology with "Smart Home" App(s) (hereinafter, "Smart Home Products"); and

(9) 2016 and later (as applicable) vehicles with BMW ConnectedDrive technology and Navigation System Professional and SA6AK Services and IFTTT ("If-this-then-that") Widget Activated (hereinafter, "IFTTT Widget-enabled Products").

**<u>Answer to Paragraph 13:</u> BMWNA admits that it distributes BMW brand vehicles in the United States. BMWNA denies the allegation that these products are infringing and denies the remaining allegations of this paragraph.**

14. BMW iDrive Products, BMW iDrive Products with Applications, Touchscreen-based iDrive Products, Touchscreen and Tablet Products, Tablet Products, Roadside Services, Smart Home Products, and IFTTT Widget-enabled Products may be collectively referred to herein as the "Accused Products and Services."

**<u>Answer to Paragraph 14:</u> This paragraph does not state a factual allegation to which a response is required. To the extent a response is**

**required, BMWNA denies the allegations of this paragraph.**

15. The Accused Products and Services directly infringe the Patents-in-Suit in violation of 5 U.S.C. § 271(a).

**<u>Answer to Paragraph 15:</u> BMWNA denies the allegations of this paragraph.**

16. Upon information and belief, Defendants own, operate, and/or control various Internet websites, including without limitation the URL addresses http://www.bmw.com/ and http://www.bmwusa.com and https://labs.bmw.com/ and http://bmwiforum.bmwusa.com/ and therefore manage and/or control the contents displayed thereon.

**<u>Answer to Paragraph 16:</u> BMWNA admits that it supplies content available at http://www.bmwusa.com and http://bmwiforum.bmwusa.com/. BMWNA denies the remaining allegations of this paragraph.**

17. Upon information and belief, through the publication and dissemination of marketing and/or promotional materials, detailed operational manuals, on-line instructional videos, links or other references to application program download portals such as e.g., "*Google Play*", and/or technical assistance, Defendants entice, encourage, instruct, enable and otherwise aid and abet third parties, including but not limited to Defendants' customers and sales or technical personnel, Defendants' agents, owners, and/or drivers of the Accused Products and Services, to use such Accused Products and Services in a manner that directly infringes the Patents-in- Suit, including the '053 patent and '367 patent.

**<u>Answer to Paragraph 17:</u> BMWNA denies the allegations of this paragraph.**

18. Upon information and belief, Defendants, through ownership and control of the Internet websites http://www.bmw.com/, http://www.bmwusa.com, https://labs.bmw.com/, and http://bmwiforum.bmwusa.com/ (and other related

websites), aid and abet the infringement of the ‘053 and ‘367 patents by past, current, and prospective customers, owners, service personnel, and/or drivers of the Accused Products and/or Services, through Defendants’ publication of additional detailed operating manuals, instructional videos, and press releases concerning the “BMW Roadside Assistance”, “BMW Assist”, “BMW Remote”, and “BMW IFTT Widget-enabled” technologies. Defendants direct the attention of such customers, owners, and/or drivers to these instructional, educational, and tutorial publications, thereby enticing, encouraging and aiding and abetting third parties to use the “BMW Roadside Assistance”, “BMW Assist”, “BMW Remote”, and “BMW IFTT Widgetenabled” features disposed within or in conjunction with the Accused Products and Services, in a manner that directly infringes the ‘053 and ‘367 patents.

**Answer to Paragraph 18:** **BMWNA denies the allegations of this paragraph.**

19. By way of example, Defendants publish online resources including operating instructions and explanatory videos touting BMW iDrive Navigation Products with Connected Smartphone Application, at http://www.bmw.com/com/en/owners/connected_drive_services/how_to_use/index.html (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit C).

**Answer to Paragraph 19:** **BMWNA denies the allegations of this paragraph.**

20. By way of example, Defendants publish press releases and promotional material highlighting the BMW iDrive Navigation Products with Connected Smartphone Application at https://www.press.bmwgroup.com/usa/pressDetail.html?title=bmwconnecteddrive-broaden-of-access-and-expansion-of-services-globallywill- include-benefits-for us&outputChannelId=9&id=T0142592EN_ US&left_menu_item=node__5238 (a true and correct copy of relevant portions of this webpage are attached hereto as

Exhibit D).

**Answer to Paragraph 20:** **BMWNA denies the allegations of this paragraph.**

21. By way of example, Defendants publish online resources including descriptions touting BMW iDrive Navigation Products with Smartphone Applications (and where to obtain them online) at http://www.bmwusa.com/standard/content/innovations/bmwconnecteddrive/connecteddrive.aspx?from=/Standard/Content/Innovations/BMWConnectedDriveRD.aspx&return=/Standard/Content/Innovations/BMWConnectedDriveRD.aspx#view_apps (A true and correct copy of relevant portions are attached hereto as Exhibit E).

**Answer to Paragraph 21:** **BMWNA admits that it provides content available at the referenced website. BMWNA denies the remaining allegations of this paragraph.**

22. By way of example, Defendants publish online resources including operating instructions and explanatory videos touting BMW iDrive Navigation Products with Connected Smartphone Application, at http://www.bmw.com/com/en/insights/technology/connecteddrive/2013/ (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit F).

**Answer to Paragraph 22:** **BMWNA denies the allegations of this paragraph.**

23. By way of example, Defendants publish and distribute user manuals for BMW's iDrive Navigation Products with Connected Smartphone Application, which contains detailed instructions for the use and operation of such systems. (A true and correct copy of the manual is attached hereto as Exhibit G).

**Answer to Paragraph 23:** **BMWNA admits that Exhibit G is a publication it distributes. BMWNA refers the Court to the Exhibit for the best information as to its content. BMWNA denies the remaining allegation of this paragraph.**

24. By way of example, Defendants publish and distribute user manuals for BMW's ConnectedDrive, which contains detailed instructions for the use and operation of such systems, including accessing the Internet. (A true and correct copy of the manual is attached hereto as Exhibit H).

**Answer to Paragraph 24:** **BMWNA admits that Exhibit H is a publication it distributes. BMWNA refers the Court to the Exhibit for the best information as to its content. BMWNA denies the remaining allegations of this paragraph.**

25. By way of example, Defendants publish a press release touting 2016 BMW 7-Series with Touchscreen-based iDrive Products, Touchscreen and Tablet Products, and Tablet Products, at https://www.press.bmwgroup.com/global/pressDetail.html?title=the-new-bmw-7-series&outputChannelId=6&id=T0221224EN&left_menu_item=node__4099 (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit I).

**Answer to Paragraph 25:** **BMWNA denies the allegations of this paragraph.**

26. By way of example, Defendants publish online resources including sign-up and operating instructions touting BMW Roadside Assistance Services and associated smartphone application (BMW iDrive Products with Applications), at http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/default.aspx?from=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx&return=/Standard/Content/Explore/BMWValue/BMWRoadsideAssis tance.aspx (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibit J).

/////

/////

/////

**<u>Answer to Paragraph 26:</u>** **BMWNA admits it provides content at the referenced website and that Exhibit J is a publication it distributes. BMWNA refers the Court to the website and the Exhibit for the best information as to its content. BMWNA denies the remaining allegations of this paragraph.**

27. By way of example, Defendants publish or cause to be published online resources including sign-up and operating instructions (including entry of BMW vehicle VIN) touting BMW Roadside Assistance smartphone app (BMWiDrive Products with Applications), at http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/SmartphoneApp.aspx , and a download portal, https://www.roadsidemobile.com/BMW/ (a true and correct copy of relevant portions of this webpage are attached hereto as Exhibits K and L, respectively):






**"App Description"**

Have a flat tire? Run out of gas? Need a tow? BMW Roadside Assistance offers outstanding travel protection 24 hours a day, 365 days a year. You, as well as other drivers of your BMW, are covered in all 50 states, including Canada and Puerto Rico.

The BMW Roadside Assistance app has been carefully designed to make requesting assistance faster, more accurate and convenient; a premium ownership experience, when you need it.

**Included Features**

- Request assistance for a mechanical issue, dead battery, flat tire, out of fuel, lock out, and more
- Select a preferred dealer to contact for appointments and as a default service destination
- Use GPS, maps and satellite to pinpoint the vehicle location
- Follow a dialogue assisting you in diagnosing the problem and requesting appropriate service

- Retrieve confirmation service is on the way and the estimated time of arrival
- Your BMW's Vehicle Identification Number (VIN) confirms eligibility for Roadside Assistance, as covered by BMW*

*Subject to certain limitations and exclusions. See your Owner's Manual for details." {emphasis added}

**Answer to Paragraph 27: BMWNA admits that it provides content at the referenced website. BMWNA states that at any time the website itself will be the most accurate source of its content. BMWNA denies the remaining allegations of this paragraph.**

28. By way of example, Defendants conducted a marketing presentation and lecture(s), as well as actual product demonstrations, at the Computer Electronics Show (CES) 2016 in January, 2016, as evidenced by the following Internet article published by Samsung Corporation (a partner with BMW in vehicle/"smart home" integration via its "SmartThings" division) at http://news.samsung.com/us/2016/01/07/samsung-shows-internet-things-now-syncreal-life/ , and as referenced by BMW personnel on its website at http://bmwiforum.bmwusa.com/thread/603/probes-levels-life-machine-interfacing (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibits M and N, respectively):



"BMW'S Steven Althaus presents a first at CES 2016: a customer-ready solution of Smart Things integration available today – Smart Car meets Smart Home, Thursday, Jan. 7, 2016, in Las Vegas. Your BMW is now a personal IoT cockpit allowing you to control your Samsung ecosystem from your car. (Isaac Brekken/APImages for Samsung)"{emphasis added}




"Again, <u>the whole point is to integrate future BMWs with future smart homes</u> and users' mobile devices in such a way that various common actions become automated, and even those automated sequences trigger other sequences. BMW offers the additional example of a user firing up their coffee maker in the morning, which in turn alerts their i3 that departure is imminent and to pre-conditions their i3's climate-control system to a comfortable temperature.) Is this level of interconnectivity near? We doubt it, <u>but **BMW nonetheless points out** that Samsung's Android-based SmartThings app also debuting at CES can be integrated with any BMW model equipped with ConnectedDrive Services infotainment feature.</u>"{emphasis added}

**<u>Answer to Paragraph 28</u>: BMWNA admits that it provides content at the bmwusa.com web site and directs the Court to that site for its content. BMWNA denies the remaining allegations of this paragraph.**

29. By way of example, Defendants publish a press release at https://www.press.bmwgroup.com/global/photo/detail/P90195182/bmwconnecteddrive-smartthings-09-2015 touting BMW i3 vehicles with the Samsung SmartThings application installed, and showing an actual working version (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibit O):




BMW Press Release photo showing the Samsung SmartThings app installed and operating on a BMW ConnectedDrive-equipped navigation system



**<u>Answer to Paragraph 29:</u>** **BMWNA denies the allegations of this paragraph.**

30. By way of example, Defendants publish a marketing video (accessible at http://www.bmwblog.com/2016/06/30/video-bmw-i-smarthome-experience/ ; note that this site is not an authorized site of Defendants, but does show a video ostensibly created and published by Defendants) touting BMW i3 vehicles with the Samsung *SmartThings* application installed, and showing an actual working version (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibit P):






**Answer to Paragraph 30:** **BMWNA denies the allegations of this paragraph.**

31. By way of example, Defendants publish an Internet web page (at http://www.bmw.com/com/en/newvehicles/i/i3/2016/showroom/connected_mobility.html#smart_home ) touting BMW i3 vehicles with Smart Home applications and their features ("Smart Home Products"), including home control (a true and correct copy of relevant portions of these webpages are attached hereto as Exhibit Q):



"Manage your home even when you're out on the road – with the Smart Home App from Deutsche Telekom. All Smart Home devices connected to the app can now be controlled via the display and operating system of your BMW. Regulate the heating, the lights or your alarm system comfortably from inside your vehicle. It's also possible to programme certain situation, such as the "Coming Home" scenario. Thanks to the functions that were specially developed for use in the vehicle, the "Home" profile is activated automatically as soon as you start heading back home." {emphasis added}

**Answer to Paragraph 31:** **BMWNA denies the allegations of this**

**paragraph.**

32. By way of example, Defendants publish an Internet web page (accessible at https://labs.bmw.com/ ) touting BMW IFTTT applications and their features (BMW IFTTT Widget-enabled Products), including home control (A true and correct copy of relevant portions of these webpages are attached hereto as Exhibit R):




**<u>Answer to Paragraph 32:</u>** **BMWNA denies the allegations of this paragraph.**

33. By way of example, Defendants provide explicit instructions to BMW users, owners, drivers, and/or agents (accessible at https://labs.bmw.com/data/en_Instructions.pdf ) on how to enable and use the BMW IFTTT Widget-enabled Products in a vehicle for IFTTT applications including home control (A true and correct copy of relevant portions of these webpages are attached hereto as Exhibit S):




https://labs.bmw.com/data/en_Instructions.pdf




"No, there is no BMW App needed. All you need to do is to connect the BMW Labs Channel on IFTTT and select the BMW Labs Widget under BMW Online widgets in the split screen content menu of your car's control display. Find instructions here. For general instructions on how to turn on the split screen in your car's control display you can also go to youtube and search for 'BMW Split Screen'. Only when the BMW Labs Widget is active in the car's split screen IFTTT Triggers and Actions will be executed."




BMW Labs website links directly to "BMW Labs channel" on IFTTT website




https://ifttt.com/bmwlabs

**Answer to Paragraph 33:** **BMWNA denies the allegations of this paragraph.**

34. Upon information and belief, as a result of Defendants' active, knowing, intentional, and ongoing efforts that induce infringement of the Patents-in-Suit, including the '053 patent and '367 patent, as described herein, substantially all of Defendants' customers and sales or technical personnel, owners, and/or drivers of the Accused Products and Services use and operate the Accused Products and Services in a manner that directly infringes one or more of the Patents-in-Suit, including the '053 patent and '367 patent.

**Answer to Paragraph 34:** **BMWNA denies the allegations of this paragraph.**

35. Through publication and dissemination of the foregoing materials, as well as others, Defendants actively encourage, solicit, enable, and teach past, current, and prospective customers, owners, and/or drivers of the Accused Products and Services to avail themselves of the features and benefits of at least the Roadside Assistance Services, Remote Services, "Smart Home", and "IFTTT

Widgetenabled" technologies, as a means to enhance the experience of owning and operating an "BMW"-branded vehicle.

**<u>Answer to Paragraph 35:</u>** **BMWNA denies the allegations of this paragraph.**

**<u>COUNT I</u>**

**<u>INFRINGEMENT OF THE '053 PATENT</u>**

36. West View Research incorporates paragraphs 1 through 35 by reference as if fully stated herein.

**<u>Answer to Paragraph 36:</u>** **BMWNA repeats its responses to paragraphs 1 through 35 and incorporates them herein by reference.**

37. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 1, 2, 3, 7, 8, 10, 12, 13, 14, 15, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 51, 59, 60, 61, 66, 67, 68, 69, 70, 73, 75,75, 115, 116, 117, 118, 119, 120, 122, 123, 124, 125, 126, 127, 128, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 172, 173, 174, 175, 176, and 180 of the '053 patent.

**<u>Answer to Paragraph 37:</u>** **BMWNA denies the allegations of this paragraph.**

38. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products and/or services that infringe at least claims 60, 61, 66, 67, 68, 69, 70, 73, 75,75, 115, 116, 117, 118, 119, 120, 122, 123, 124, 125, 126, 127, 128, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 172, 173, 174, 175, 176, and 180 of the '053 patent, which products and/or services include but may not be not limited to BMW iDrive Products, BMW ConnectedDrive, BMW Assist, and BMW Roadside Assistance Products and Services, Touchscreen Products, Touchscreen

and Tablet Products, Entertainment Professional Products, Tablet Products, and/or other Accused Products or Services sold or offered for sale on or after March 29, 2016.

**<u>Answer to Paragraph 38:</u> BMWNA denies the allegations of this paragraph.**

39. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 98, 99, 100, 101, 102, 103, 104, 105, 106, 111, 112, 113, 181, 182, 183, 184, 185, 186, 187, 188, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, and 204 of the ’053 patent.

**<u>Answer to Paragraph 39:</u> BMWNA denies the allegations of this paragraph.**

40. By way of example, Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, claim 23 of the ’053 patent as follows.

**<u>Answer to Paragraph 40:</u> BMWNA denies the allegations of this paragraph.**

41. The Accused Products and Services include the BMW Roadside Assistance Application, which is promoted on BMW websites as detailed *supra*.




**<u>Answer to Paragraph 41:</u> This paragraph does not appear to contain a factual allegation that requires an answer. To the extent an answer is**

**required, BMWNA denies the allegations of this paragraph.**

42. Upon information and belief and by way of example, the BMW Roadside Assistance Application is available for download on, *inter alia*, Google Android-based smartphones, as shown in the image above, and [r]equires Android 2.2 and up" per the Google Play Website: (https://play.google.com/store/apps/details?id=com.allstate.bmw&hl=en)

**<u>Answer to Paragraph 42:</u> BMWNA admits that the BMW Roadside Assistance Application is available for download through the Google Play website. BMWNA denies the remaining allegations of the paragraph.**

43. Upon information and belief and by way of example, the BMW Roadside Assistance Application requires the smartphone to have: (i) a computer readable storage apparatus, such as a program memory device, on which to store the Application (computer program code); and (ii) a processor to execute the computer program code after storage:




**<u>Answer to Paragraph 43:</u> BMWNA denies the allegations of this paragraph, in part based on lack of information and belief.**

44. Upon information and belief and by way of example, the BMW Roadside Assistance Application further utilizes the smartphone's Global Positioning System (GPS)-based receiver for the GPS-based functions described below (i.e., generation of location data):

*"When there is a problem or an emergency, <u>BMW Roadside Assistance dispatches fast and reliable service all with the touch of a button. Your phone's GPS capabilities will be able to pass on your exact location</u>. And from there, you'll be able to select the service you need, including towing, battery, tire, fuel, lock out and more." {emphasis added}*
*http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/SmartphoneApp.aspx*

**<u>Answer to Paragraph 44:</u>** **BMWNA denies the allegations of this paragraph, in part based on lack of information and belief.**

45. Upon information and belief and by way of example, the BMW Roadside Assistance Application when executed generates several user interface screens with which the user can interact with the Application:




**<u>Answer to Paragraph 45:</u>** **BMWNA denies the allegations of this paragraph, in part based on lack of information and belief.**

46. Upon information and belief and by way of example, the BMW Roadside Assistance Application further requires the smartphone to have a display device to display the user interface:



**<u>Answer to Paragraph 46:</u> BMWNA denies the allegations of this paragraph in part based on lack of information and belief.**

47. Upon information and belief and by way of example, the BMW Roadside Assistance Application further requires the smartphone to have a cellular, Wi-Fi or other wireless interface so that the Application can contact BMW or its designated proxy (agent):

"Verison 3.2.0 can access:

Identity

– <u>find accounts on the device</u>

Contacts

– find accounts on the device

Location

– approximate location (network-based)

– <u>precise location (GPS and network-based)</u>

…

Wi-Fi connection information

– <u>view Wi-Fi connections</u>

Device ID & call information

– read phone status and identity

Other

– <u>receive data from Internet</u>

– view network connections

– connect and disconnect from Wi-Fi

– <u>full network access</u>

– use accounts on the device

…" https://play.google.com/store/apps/details?id=com.allstate.bmw&hl=en {emphasis added}

**<u>Answer to Paragraph 47:</u> BMWNA denies the allegations of this**

**paragraph, in part based on lack of information and belief.**

48. Upon information and belief and by way of example, the BMW Roadside Assistance Application contacts BMW or its designated service provider to cause provision of roadside assistance (e.g., tow, fuel delivery, flat tire repair, etc.) at the then-current location of the smartphone:




**<u>Answer to Paragraph 48:</u> BMWNA denies the allegations of this paragraph.**

49. Upon information and belief and by way of example, the BMW Roadside Assistance Application is presently available and can be used in the United States:

"The BMW Roadside Assistance app has been carefully designed to make requesting assistance faster, more accurate and convenient; a premium ownership experience, when you need it.

Functions:

- <u>Request assistance</u> for a mechanical issue, dead battery, flat tire, out of fuel, lock out, and more
- Select a preferred dealer to contact for appointments and as a default service destination

- Use GPS, maps and satellite to pinpoint the vehicle location
- Follow a dialogue assisting you in diagnosing the problem and requesting appropriate service
- Retrieve confirmation service is on the way and the estimated time of arrival
- Your BMW's Vehicle Identification Number (VIN) confirms eligibility for Roadside Assistance, as covered by BMW*

…Only available for North American Vehicles."

https://www.roadsidemobile.com/BMW/ {emphasis added}

**Answer to Paragraph 49:** **BMWNA admits that a third party makes the BMW Roadside Assistance Application available for use in the United States on some phones. BWMNA denies the remaining allegations of this paragraph.**

50. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by at least developing, testing, maintaining, demonstrating, and/or using in the United States, without authority, products and/or services that infringe at least claims 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 98, 99, 100, 101, 102, 103, 104, 105, 106, 111, 112, 113, 181, 182, 183, 184, 185, 186, 187, 188, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, and 204 of the '053 patent, which products and/or services include but may not be not limited to BMW Connected, BMW Remote, and BMW Roadside Assistance Products and Services, and/or other Accused Products or Services sold or offered for sale on or after March 29, 2016.

**Answer to Paragraph 50:** **BMWNA denies the allegations of this paragraph.**

51. Upon information and belief, based on the information presently available to West View Research absent discovery, in addition to and/or in the

alternative to direct infringement, West View Research alleges Defendants have, since receiving notice of the filing and/or service of this Complaint, induced infringement and continue to induce infringement of at least claims 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, 36, 39, 40, 41, 45, 48, 98, 99, 100, 101, 102, 103, 104, 105, 106, 111, 112, 113, 181, 182, 183, 184, 185, 186, 187, 188, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, and 204 of the ’053 patent under 35 U.S.C. § 271(b).

**Answer to Paragraph 51: BMWNA denies the allegations of this paragraph.**

52. Upon information and belief, Defendants continue, since receiving notice of the filing of the this Complaint, actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the ’053 patent by making, using, selling, offering for sale, importing, and/or otherwise supplying products and/or services including the Accused Products and Services to third parties, with the knowledge and specific intent that such third parties will use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including without limitation the Roadside Assistance, iDrive with Applications Products, and Touchscreen and Tablet Products of the Accused Products and Services to directly infringe the ’053 patent.

**Answer to Paragraph 52: BMWNA denies the allegations of this paragraph.**

53. Upon information and belief, despite Defendants’ knowledge of the existence of the ’053 patent since at least as early as the filing of this Complaint, Defendants continue to encourage, instruct, enable and otherwise aid and abet third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers of the Accused Products and Services to use the Accused Products and Services in a manner that directly infringes the ’053 patent.

**<u>Answer to Paragraph 53:</u>** **BMWNA denies the allegations of this paragraph.**

54. Upon information and belief, Defendants specifically intends that their customers and sales or technical personnel, Defendants' agents, owners, and/or drivers use the Accused Products and Services in such a way that directly infringes the '053 patent by, at a minimum, advertising, enticing, encouraging, instructing, and aiding and abetting their customers, agents, owners, and/or drivers, through the publication and dissemination of marketing materials, detailed operational manuals, on-line instructional videos, links to vendors or Internet sites where computer software can be obtained, and/or technical assistance related to the Accused Products and Services, to use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including the Accused Products and Services, to directly infringe the '053 patent.

**<u>Answer to Paragraph 54:</u>** **BMWNA denies the allegations of this paragraph.**

55. Upon information and belief, Defendants knew and know that their actions, including but not limited to providing detailed operating manuals, press releases, instructional on-line videos, and other literature, in relation to the Accused Products and Services, would induce, have induced, and continues to induce direct infringement of the '053 patent by third parties, including but not limited to Defendants' customers and sales or technical personnel, Defendants' agents, owners, and/or drivers.

**<u>Answer to Paragraph 55:</u>** **BMWNA denies the allegations of this paragraph.**

56. Specifically, upon information and belief and by way of example, Defendants exercise direction and control over the performance and conduct of the BMW Mobile Assistance/Roadside Assistance programs, as is provided in agreements with service providers such as Allstate, Signature Auto Club, and

individual BMW dealers (as well as non-BMW service providers). Per its Roadside Assistance brochure (accessible at http://www.bmwusa.com/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance/default.aspx?from=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx&return=/Standard/Content/Explore/BMWValue/BMWRoadsideAssistance.aspx ), Defendants indicate that: (i) BMW factory-trained technicians are used to provide such services, and (ii) BMW vehicles are used to provide such services:

> "The BMW Mobile Assistance Program is an invaluable service offered to enhance the Roadside Assistance program. It is another way for us to show you how much we cherish your business and your safety. With "BMW Mobile Assistance, BMW factory-trained technicians and roadside-equipped BMW vehicles are standing by to provide on-site assistance for flat tires, a dead battery, running out of gas and other services. For complete details, please contact your BMW center." {emphasis added}




**Answer to Paragraph 56:** **BMWNA admits that it provides content available at the above referenced website and directs the Court to that site for best evidence of its content at any time. BMWNA denies the remaining allegations of this paragraph.**

57. Moreover, upon information and belief and by way of example,

Defendants explicitly refer to their third-party service providers as "business partners":




**<u>Answer to Paragraph 57:</u>** **BMWNA denies the allegations of this paragraph.**

58. Upon information and belief and by way of example, Defendants further explicitly control the branding ("BMW") and "look and feel" of their Roadside Assistance partners' website(s):

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////




https://www.autoclub.com/bmwpw/home.do

**<u>Answer to Paragraph 58:</u>** **BMWNA denies the allegations of this paragraph.**

59. Upon information and belief and by way of example, Defendants further explicitly have customers call “BMW Roadside Assistance directly” (as opposed to calling a third party):

> “To receive covered assistance in the event of a breakdown, <u>contact BMW Roadside Assistance directly</u> at its toll-free number: 800-332-4<u>BMW</u> (800-332-4269).” {emphasis added}

**<u>Answer to Paragraph 59:</u>** **BMWNA denies the allegations of this paragraph.**

60. Upon information and belief and by way of example, Only certain BMW-authorized repair facilities may be used for certain vehicles:

/////

/////




"Only <u>BMW SAV centers</u> are authorized to repair the X5 and X3 Sports Activity Vehicles." {emphasis added}

<u>**Answer to Paragraph 60:**</u> **BMWNA denies the allegations of this paragraph, in part based on lack of information or belief.**

61. Upon information and belief and by way of example, Defendants further explicitly control the contents of its Roadside Assistance brochure (as opposed to a third party):

> "All rights reserved. Printed in USA. <u>This brochure, or any portion thereof, may not be reproduced without the express written permission of BMW of North America, LLC.</u>" {emphasis added}

<u>**Answer to Paragraph 61:**</u> **BMWNA denies the allegations of this paragraph.**

62. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

<u>**Answer to Paragraph 62:**</u> **BMWNA denies the allegations of this paragraph.**

63. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged

in an amount not presently known.

**<u>Answer to Paragraph 63:</u>** **BMWNA denies the allegations of this paragraph.**

64. West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

**<u>Answer to Paragraph 64:</u>** **BMWNA denies the allegations of this paragraph.**

## <u>COUNT II</u>

## <u>INFRINGEMENT OF THE '367 PATENT</u>

65. West View Research incorporates paragraphs 1 through 64 by reference as if fully stated herein.

**<u>Answer to Paragraph 65:</u>** **BMWNA repeats its responses to paragraphs 1 through 64 and incorporates them herein by reference.**

66. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 10, 11, 12, 15, 16, 17, 18, 77, 79, 88, 96, 97, 98, and 99 of the '367 patent.

**<u>Answer to Paragraph 66:</u>** **BMWNA denies the allegations of this paragraph.**

67. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 10, 11, 12, 15, 16, 17, 18, 77, 79, 88, 96, 97, 98, and 99 of the '367 patent, which products include but may not be not limited to BMW iDrive Products, BMW ConnectedDrive Products, BMW iDrive with Applications Products, Touchscreen-based iDrive Products, Touchscreen and Tablet Products, Rear Seat Entertainment Products,

and/or other of the Accused Products and Services sold on or after August 9, 2016.

**<u>Answer to Paragraph 67:</u> BMWNA denies the allegations of this paragraph.**

68. By way of example, Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, claim 10 of the '367 patent as follows.

**<u>Answer to Paragraph 68:</u> BMWNA denies the allegations of this paragraph.**

69. The Accused Products and Services include the 2016 BMW 7-Series, which is promoted on the BMW USA website as shown below at http://www.bmwusa.com/vehicles/7series.html:




**<u>Answer to Paragraph 69:</u> This paragraph does not state a factual allegation to which a response is required. To the extent a response is required, BMWNA admits that, as of the date of this answer, the website in question shows a BMW 7-Series vehicle. BMWNA denies the remaining allegations of this paragraph.**

70. Upon information and belief and by way of example, the 2016 BMW 7-Series includes a BMW iDrive Navigation and Infotainment system with ConnectedDrive functionality, which is a computerized information and display and control subsystem of the vehicle:

"**ALL CONTROL AT ALL TIMES**.

State-of-the-art features in the 7 Series give you the opportunity to orchestrate them in the most advanced ways. Whether navigating the iDrive 5.0 system with the first-ever Gesture Control system, toggling entertainment functions with simple touches of your finger on the exclusive Touch Command tablet, Remote Control Parking the 7 Series with the Display Key, or preconditioning the cabin in the iPerformance model – every time you step foot in the 7 Series you'll find yourself at the center of command within the center of your own luxurious universe." http://www.bmwusa.com/vehicles/7series.html {emphasis added}

**Answer to Paragraph 70:** **BMWNA admits that the 2016 7-Series vehicle contains a navigation and infotainment system. BMWNA directs the court to the cited web page for the best evidence of its content at any given time. BMWNA denies the remaining allegations of this paragraph.**

71. Upon information and belief and by way of example, the 2016 BMW 7-Series includes an LTE-based wireless network interface, as well as an LTE supported Wi-Fi "hotspot":




http://www.bmw.com/com/en/insights/technology/connecteddrive/2013/connectivity_technologies/index.html#hotspot

**Answer to Paragraph 71:** **BMWNA denies the allegations of this paragraph.**

72. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes one or more digital processors that communicate with the LTE cellular interface (e.g., "ARM core" digital processor technology):

https://www.youtube.com/watch?v=tB2UrX2z0r8

"Published on Feb 2, 2015

BMW iDrive infotainment ARM-based solution adds touchscreen capability to the LCD and a camera to recognize control gestures from the driver" {emphasis added}




**Answer to Paragraph 72:** **BMWNA denies the allegations of this paragraph.**

/////

/////

/////

73. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive system includes several display devices, including capacitive touch screen devices that both display and receive user touch input:






<u>**Answer to Paragraph 73:**</u> **BMWNA admits that the 2016 7 Series vehicles generally include at least one display device and may include a capacitive touch screen device when they are distributed by BMWNA. BMWNA denies the remaining allegations of this paragraph.**

74. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes several types of data interfaces that enable transfer of data between the iDrive system and a portable electronic device (such as the user's smartphone, table, or Touch Command tablet):





BMW 7-Series iDrive 5.0 system with Bluetooth, USB, and Wi-Fi (including Touch Command) interfaces to portable devices

**Q:** How do I use the Touch Command Tablet with the Internet Hotspot?
**A:** When using the Internet Hotspot via the Touch Command Tablet, please ensure that Touch Command Tablet is enabled to do so by following these steps: My Vehicle --> System Settings --> Mobile Devices --> Select Touch Command Tablet (SM - Txxxxx_xxxx). --> Make sure both options, Touch Command and Internet Hotspot, are selected.




These steps are done in addition to connecting the Touch Command Tablet to the Internet Hotspot via the tablet's settings as well: Select Apps --> Exit to Homescreen --> Select Settings --> Connections --> Wi-Fi --> Select corresponding vehicle hotspot (MY BMW Hotspot xxxxx - these numbers correspond to the last 5 digits of the VIN) --> Enter Password.

http://www.bmwbill.com/files/G12_FAQs.pdf

**Answer to Paragraph 74:** **BMWNA denies the allegations of this paragraph.**

75. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes several storage devices (e.g., program memory) to store the iDrive computer programs and algorithms that enable the various functions of the system, including speech recognition:




https://www.youtube.com/watch?v=MXagOSVg5oo

**Answer to Paragraph 75:** **BMWNA does not understand the allegations of this paragraph sufficiently to be able to admit or deny it. Hence, BMWNA denies the allegations of this paragraph.**

76. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system speech recognition functions enable e.g., Internet access of remote servers for maps, navigation data, etc. :

https://www.youtube.com/watch?v=MXagOSVg5oo




**Answer to Paragraph 76:** **To the extent this allegation is understood, BMWNA denies the allegations of this paragraph.**

77. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system speech recognition can also utilize a remote (off-board) server for its speech processing:







**<u>Answer to Paragraph 77:</u>** **BMWNA does not understand the allegations of this paragraph sufficiently to be able to admit or deny it. Hence, BMWNA denies the allegations of this paragraph.**

78. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system accesses the servers for the desired information, and is able to provide the accessed information to the aforementioned portable user devices (e.g., the user's smartphone for use with BMW Connected app, Touch Command tablet, etc.) via the USB, Bluetooth, and/or in-car Wi-Fi interfaces:




**<u>Answer to Paragraph 78:</u>** **BMWNA denies the allegations of this paragraph.**

79. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system engages the user in an interactive dialogue comprising a user speech input (e.g., "find me the nearest Starbucks" in video example above), and one or more replies by iDrive system speech synthesis function (e.g., "Starbucks Coffee…" in video example), and subsequent user inputs (e.g., "Start guidance" in example video).

https://www.youtube.com/watch?v=FBuuUitucOs






**Answer to Paragraph 79:** **BMWNA denies the allegations of this paragraph.**

80. Upon information and belief and by way of example, the 2016 BMW 7-Series iDrive 5.0 system includes an infra-red night vision apparatus which can detect humans, animals, etc. in the road ahead of the vehicle, and generate various types of alerts on the iDrive display(s):

"**BMW Night Vision**.

…The system directs one of the two spotlights onto any unlit persons or larger animals. This very effectively warns drivers and pedestrians of a potentially hazardous situation. An infrared camera films the area in front of the vehicle, recognises any persons and larger animals and marks them accordingly in the thermal image in either a lighter (pedestrians) or darker shade of yellow (larger animals). The thermal image can also be displayed in the Control Display if desired. BMW Night Vision recognizes people and larger animals and determines their position and proximity. It takes the speed and steering angle into consideration to establish whether or not something poses a problem and, if there is one, shows a warning symbol in the shape of a person or an animal in the instrument display or in the optional BMW Head-Up Display.

In extremely dangerous situations, the symbol additionally flashes, a warning signal is sounded and the car prepares to brake."

http://www.bmw.com/com/en/insights/technology/technology_guide/articles/mm_bmw_night_vision.html {emphasis added}




**Answer to Paragraph 80:** **BMWNA denies the allegations of this paragraph.**

81. Upon information and belief and by way of example, the infra-red night vision apparatus (and all other features described herein) are available on 2016 BMW 7-Series cars sold in the U.S.

**Answer to Paragraph 81:** **BMWNA denies that the infra-red night vision apparatus is standard on all 2016 BMW 7-Series vehicles sold in the United States and on this basis denies the allegations of this paragraph.**

82. Upon information and belief and by way of example, the 2016 BMW 7-Series includes an RF-based "smart" key which the user carries and that communicates with the iDrive 5.0 system:



http://www.bmwusa.com/vehicles/7series.html

**<u>Answer to Paragraph 82:</u>** **BMWNA denies the allegations of this paragraph.**

83. Upon information and belief and by way of example, the RF-based "smart" key can, inter alia, enable user-specific profiles and functions within the vehicle, such as e.g., navigation functions:









**<u>Answer to Paragraph 83:</u> BMWNA denies the allegations of this paragraph.**

84. Upon information and belief, based on the information presently available to West View Research absent discovery, in addition to and/or in the alternative to direct infringement, West View Research alleges Defendants have, since receiving notice of the filing and/or service of this Complaint, induced infringement and continue to induce infringement of at least claims 83, 84, 85, 86 and 87 of the '367 patent under 35 U.S.C. § 271(b).

**<u>Answer to Paragraph 84:</u> BMWNA denies the allegations of this paragraph.**

85. Upon information and belief, Defendants continue, since receiving notice of the filing of the this Complaint, actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the '367 patent by making, using, selling, offering for sale, importing, and/or otherwise supplying products and/or services including the Accused Products and Services to third parties, with the knowledge and specific intent that such third parties will use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including at least the BMW iDrive

Products with Applications, Smart Home Products, and IFTTT Widget-enabled Products of the Accused Products and Services to directly infringe the ’367 patent.

**<u>Answer to Paragraph 85:</u> BMWNA denies the allegations of this paragraph.**

86. Upon information and belief, despite Defendants’ knowledge of the existence of the ’367 patent since at least as early as the filing of this Complaint, Defendants continue to encourage, instruct, enable and otherwise aid and abet third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers of the Accused Products and Services to use the Accused Products and Services in a manner that directly infringes the ’367 patent.

**<u>Answer to Paragraph 86:</u> BMWNA denies the allegations of this paragraph.**

87. Upon information and belief, Defendants specifically intended that their customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers use the Accused Products and Services in such a way that directly infringes the ’367 patent by, at a minimum, advertising, enticing, encouraging, instructing, and aiding and abetting their customers, agents, owners, and/or drivers, through the publication and dissemination of marketing materials, detailed operational manuals, on-line instructional videos, and/or technical assistance related to the Accused Products and Services, to use, sell, offer for sale, and/or import, products and/or services supplied by Defendants, including the Accused Products and Services, to directly infringe the ’367 patent.

**<u>Answer to Paragraph 87:</u> BMWNA denies the allegations of this paragraph.**

88. Upon information and belief, Defendants knew and know that their actions, including but not limited to providing detailed operating manuals, press releases, instructional on-line videos, and other literature, in relation to the Accused

Products, would induce, have induced, and continues to induce direct infringement of the ’367 patent by third parties, including but not limited to Defendants’ customers and sales or technical personnel, Defendants’ agents, owners, and/or drivers.

**Answer to Paragraph 88:** **BMWNA denies the allegations of this paragraph.**

89. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants’ actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

**Answer to Paragraph 89:** **BMWNA denies the allegations of this paragraph.**

90. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

**Answer to Paragraph 90:** **BMWNA denies the allegations of this paragraph.**

91. West View Research has incurred and will incur attorneys’ fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

**Answer to Paragraph 91:** **BMWNA denies the allegations of this paragraph.**

## GENERAL DENIAL

Except where expressly admitted, each and every allegation contained in the complaint is denied. BMWNA further states that Plaintiff is not entitled to the relief it seeks and is not entitled to any other relief.

## BMWNA’S DEFENSES

**FIRST DEFENSE**

**(Failure to State a Claim)**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

**(Non-Infringement)**

BMWNA has not infringed any valid and enforceable claim of either the `053 or `367 patents.

**THIRD DEFENSE**

**(Equitable Defenses)**

Plaintiff's claims are barred in whole or in part by the doctrines of waiver, acquiescence, laches, including prosecution history laches, estoppel, implied license, unclean hands and/or any other equitable remedy.

**FOURTH DEFENSE**

**(Invalidity)**

The `053 and `367 patents are invalid for failure to comply with the requirements of patentability stated in Title 35, United States Code § 1, *et seq*., including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112 and for improper inventorship.

**FIFTH DEFENSE**

**(Unenforceability)**

The `053 and `367 patents are unenforceable at least due to the doctrine of prosecution laches.

**SIXTH DEFENSE**

**(Non-exceptional Case)**

BMWNA has engaged in all relevant activities in good faith, thereby precluding Plaintiff, even if it prevails, from recovering reasonable attorney's fees and/or costs under 35 U.S.C. § 285.

**SEVENTH DEFENSE**

**(35 U.S.C. § 287)**

Plaintiff's claim for damages for alleged infringement is barred in whole or in part by its failure to comply with 35 U.S.C. § 287.

**RESERVATION OF ADDITIONAL DEFENSES**

BMWNA reserves all defenses under Fed. R. Civ. P. 8(c), the Patent Laws of the United States, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

**COUNTERCLAIM**

1. Pursuant to Fed. R. Civ. P. 13, Counter-Plaintiff BMW of North America, LLC ("BMWNA"), complains and alleges against Counter-Defendant, West View Research, LLC ("WVR"), as follows:

**NATURE OF THE LAWSUIT**

2. This Counterclaim is an action for a declaration of patent non-infringement and invalidity arising under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*., and the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

**PARTIES**

3. BMW of North America, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with a place of business at 300 Chestnut Road, Woodcliff Lake, NJ 07677.

4. The Complaint alleges that Plaintiff West View Research, LLC is a limited liability company organized under the laws of the State of California with a principal place of business at 16644 West Bernardo Drive, Suite 201-A, San Diego, California 92127.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over these counterclaims based on 28 U.S.C. §§ 1331, 1338, 2201-02 and under Fed. R. Civ. P. 13(a) in that this is a compulsory counterclaim to the allegations of the Complaint.

6. Venue is proper in this judicial district because the declaratory relief sought is a compulsory counterclaim to claims filed by WVR in this case and pursuant to 28 U.S.C. §§ 1367 and 1391(b).

7. This Court has personal jurisdiction over WVR, *inter alia*, because WVR has submitted to personal jurisdiction herein by filing its Complaint in this Court.

**COUNT I**

**<u>DECLARATORY JUDGMENT</u>**

8. BMWNA repeats and re-alleges and incorporates herein the foregoing responses and allegations.

9. By virtue of the Complaint filed by WVR in this action, there is an actual and justiciable controversy between BMWNA and WVR concerning non-infringement, invalidity, and unenforceability with respect to the `053 and `367 patents. A judicial declaration is needed and appropriate to resolve this controversy.

10. BMWNA seeks a declaration that the products made, used, imported, sold or offered for sale by BMWNA have not and do not infringe, directly or indirectly, any valid and enforceable claim of the `053 and `367 patents.

11. The claims at issue are unenforceable at least due to prosecution history laches.

12. For example, the claims of the `053 and `367 patents are invalid because their claims lack the written description support required by 35 U.S.C. § 112. Indeed, the `053 patent's disclosures are directed to security kiosks at, for example, airports (*see, e.g.*, `053 patent, 1:60-2:11), but the claims are directed more generally to "a mobile apparatus." (*See, e.g.*, `053 patent, 23:57.) The `367 patent's disclosures are directed to "elevators and similar devices" (*see, e.g.*, `367 patent, 2:43-3:3), but the claims are directed more generally to a "[c]omputerized information apparatus of a transport device." (*See, e.g.*, `367 patent, 25:18-19.) In this litigation WVR asserts its claims cover systems in automobiles. The patents

contain no written description to support such scope, and accordingly, are invalid at least because they have been interpreted by WVR as having a scope beyond that which they disclose. *See Ariad Pharma. v. Eli Lilly & Co.*, 598 F.3d 1336 (Fed. Cir. 2010) (*en banc*).

13. This case qualifies as an exceptional case under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

**WHEREFORE**, BMWNA respectfully requests that this Court:

A. Dismiss WVR's Complaint with prejudice;

B. Order and adjudge that BMWNA has not infringed any valid and enforceable claims of the `053 and `367 patents;

C. Order and adjudge that the claims of the `053 and `367 patents are invalid;

D. Order and adjudge that this case is exceptional pursuant to 35 U.S.C. § 285, and award BMWNA its reasonable attorney's fees; and

E. Grant BMWNA such further relief as this Court deems just and appropriate.

## JURY TRIAL DEMANDED

BMWNA hereby demands a jury trial on all issues so triable in this case.

Dated: November 28, 2016

DLA PIPER LLP (US)

By *s/ Licia E. Vaughn*
LICIA E. VAUGHN (Bar No. 185819)
Attorney for Defendant
BMW OF NORTH AMERICA, LLC
E-mail: licia.vaughn@dlapiper.com

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper LLP (US), 401 B Street, Suite 1700, San Diego, California 92101-4297. On November 28, 2016, I served the within documents:

**DEFENDANT BMW OF NORTH AMERICA, LLC'S ANSWER, DEFENSES & COUNTERCLAIM TO THE COMPLAINT**

☐ [VIA **U.S. MAIL**] by placing in a sealed, postage prepaid envelope or package containing a true and correct copy of each document(s) above, in DLA Piper LLP (US)'s mail room for collection, processing and delivery this same day to the United States Postal Service. I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ [VIA **PERSONAL DELIVERY**] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ [VIA **OVERNIGHT DELIVERY**] by consigning such copy in a sealed envelope to an overnight delivery courier for next business day delivery to the person(s) at the address(es) set forth below.

☒ [VIA **CM/ECF**] by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

☐ [VIA **EMAIL**] by emailing the document(s) listed above to the email addresses below.

| | |
|---|---|
| Adam Garson<br>Gazdzinski & Associates, PC<br>16644 West Bernardo Drive, Ste. 201<br>San Diego, CA 92127<br>Ph: (858) 675-1670<br>Fax: (858) 675-1674<br>Email: adam.garson@gazpat.com | Attorneys for Plaintiff<br>West View Research, LLC |

/////

/////

/////

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on November 28, 2016, at San Diego, California.

Tammy King