Adam Garson (Bar No. 240440)
adam.garson@gazpat.com
Frederic G. Ludwig, III (Bar No. 205332)
eric.ludwig@gazpat.com
**GAZDZINSKI & ASSOCIATES, PC**
750 B Street, Suite 1600
San Diego, CA 92101
Telephone: (858) 675-1670
Facsimile: (858) 675-1674

Attorneys for Plaintiff
WEST VIEW RESEARCH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST VIEW RESEARCH, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware corporation; and BMW MANUFACTURING CO., LLC, a Delaware corporation,<br><br>Defendants. | CASE NO. 3:16-CV-02590-JLS-AGS<br><br>**PLAINTIFF WEST VIEW RESEARCH, LLC'S ANSWER TO BMW MANUFACTURING CO., LLC'S COUNTERCLAIMS**<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Judge Sammartino<br>Ctrm: 4A |

Plaintiff and Counter-Defendant WEST VIEW RESEARCH, LLC ("West View Research" or "Plaintiff") hereby answers and asserts certain affirmative defenses to the Counterclaim of Defendant and Counter-Plaintiff BMW Manufacturing Co., LLC ("BMWMC" or "Defendant"), in connection with the above-entitled action. Except as hereinafter expressly admitted, qualified or otherwise answered, West View Research denies each and every allegation in BMWMC's Counterclaim. West View Research further responds to the corresponding paragraphs of the Counterclaim, as follows:

**COUNTERCLAIM**

1. West View Research admits BMWMC purports to assert claims against West View Research pursuant to Rule 13 of the Federal Rules of Civil Procedure. West View Research denies the remaining allegations of Paragraph 1.

**NATURE OF THE LAWSUIT**

2. West View Research admits BMWMC purports to assert a Counterclaim for declaratory judgment of non-infringement and invalidity. Nevertheless, West View Research denies the existence of the predicates and merits of such a claim and, therefore, denies the remaining allegations of Paragraph 2.

**PARTIES**

3. West View Research lacks sufficient information and belief to admit or deny the allegations in this paragraph and, therefore, denies the allegations of Paragraph 3.

4. West View Research admits the allegations of Paragraph 4.

**JURISDICTION AND VENUE**

5. West View Research admits this Court has subject matter jurisdiction, but West View Research lacks sufficient information to admit or deny the remaining allegations in this paragraph and, therefore, denies the balance of Paragraph 5.

6. West View Research admits venue is proper in this Court, but West

View Research lacks sufficient information to admit or deny the remaining allegations in this paragraph and, therefore, denies the balance of Paragraph 6

7. West View Research admits the allegations of Paragraph 7.

**COUNT I**

**DECLARATORY JUDGMENT**

8. West View Research realleges and incorporates by reference its responses in Paragraphs 1 through 7, above, as if set forth herein, in their entirety.

9. West View Research denies the allegations of paragraph 9.

10. West View Research admits BMWMC purportedly seeks a declaration that the products made, used, imported, sold, or offered for sale by BMWMC have not and do not infringe, directly or indirectly, any valid and enforceable claim of the ’053 and ’367 patents. West View Research denies the remaining allegations of Paragraph 10.

11. West View Research denies the allegations of paragraph 11.

12. West View Research denies the allegations of paragraph 12.

13. West View Research denies that the Counterclaim qualifies as an exceptional case under 35 U.S.C. § 285.

**DEFENSES**

Pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, West View Research asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE – Failure to State a Claim**

BMWMC’s claims, in whole or in part, fail to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE – Infringement**

BMWMC infringes the claims of the ’053 and ’367 patents, as alleged in the Complaint. BMWMC alleges no facts to support a finding of non-infringement of any claims of the foregoing patents.

**THIRD AFFIRMATIVE DEFENSE – Validity**

The claims of the ’053 and ’367 patents are presumed valid by statute, are in fact valid, and BMWMC cannot meet its burden to prove that any claim of any such patent is invalid. Further, BMWMC alleges no facts to support any finding of invalidity of any claim in the ’053 and ’367 patents.

**FOURTH AFFIRMATIVE DEFENSE – Enforceability**

The claims of the ’053 and ’367 patents are presumed enforceable, are in fact enforceable, and BMWMC cannot meet its burden to prove that any claim of any such patent is unenforceable. Further, BMWMC alleges no facts to support any finding of unenforceability of any claim of the ’053 and ’367 patents.

**FIFTH AFFIRMATIVE DEFENSE – Non-Exceptional Case**

BMWMC cannot prove the Counterclaim is exceptional under 35 U.S.C. § 285, and it alleges no facts to support such a claim.

**SIXTH AFFIRMATIVE DEFENSE – Unclean Hands**

BMWMC’s claims and defenses are barred, in whole or in part, by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE – Estoppel**

BMWMC’s claims and defenses are barred, in whole or in part, by the doctrine of estoppel.

**EIGHTH AFFIRMATIVE DEFENSE – Waiver**

BMWMC’s claims and defenses are barred, in whole or in part, by the doctrine of waiver.

**NINTH AFFIRMATIVE DEFENSE – Laches**

BMWMC’s claims and defenses are barred, in whole or in part, by the doctrine of laches.

**ADDITIONAL DEFENSES**

West View Research’s investigation and preparation for trial are ongoing and discovery has yet to begin. As such, West View Research reserves the right to

amend its Answer to the Counterclaim when and/or if additional defenses become known to West View Research. West View Research reserves all defenses under Fed. R. Civ. P. 8(c), the Patent Laws of the United States, and any other defenses, at law or in equity, that may now exist or in the further be available based on discovery and further factual investigation in this case.

**PRAYER FOR RELIEF**

WHEREFORE, having answered the allegations of BMWMC's Counterclaim and asserted its affirmative defenses thereto, West View Research prays for the following relief:

A. That BMWMC's Counterclaim be dismissed, with prejudice, with costs and interest assessed against BMWMC;

B. That West View Research be awarded its attorneys' fees with interest incurred in defending against this Counterclaim;

C. That West View Research be awarded the relief against BMWMC prayed for in its Complaint;

D. That BMWMC be denied all the relief prayed for in its pleadings; and

E. That West View Research be granted such other and further relief as this Court deems just and proper.

Dated: December 19, 2016

Respectfully submitted,

GAZDZINSKI & ASSOCIATES, P.C.

/s/ *Adam Garson*
ADAM GARSON
FREDERIC G. LUDWIG, III
Attorneys for Plaintiff WEST VIEW RESEARCH, LLC